DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0202-FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME |
| ROBERTO VALENZUELA-SARMIENTO, ) | |
| ) | |
| Defendant. ) | Date:  June 9, 2008 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

    It is hereby stipulated and agreed between defendant, ROBERTO VALENZUELA-SARMIENTO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for June 9, 2008 may be continued to June 23, 2008 at 10:00 a.m.

    The parties have been awaiting a pre-plea PSR which has just been received by defense counsel and additional time is needed to review this report and meet and confer with Mr. Valenzuela-Sarmiento.  The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through June 23, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code

1  T4).

2                                  Respectfully Submitted,

3                                  DANIEL J. BRODERICK
                                   Federal Defender
4

5  Dated:   June 5, 2008           /s/ T. Zindel
                                   TIMOTHY ZINDEL
6                                  Assistant Federal Defender
                                   Attorney for Defendant
7                                  ROBERTO VALENZUELA-SARMIENTO

8

9                                  McGREGOR W. SCOTT
                                   United States Attorney
10

11 Dated:   June 5, 2008           /s/  T. Zindel for D. McConkie
                                   DANIEL S. MCCONKIE
12                                 Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to June 23, 2008 at 10:00 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through June 23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22      IT IS SO ORDERED.

23 Dated:   June 5, 2008

24                                 _____
                                   FRANK C. DAMRELL, JR.
25                                 UNITED STATES DISTRICT JUDGE

26

27

28