DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0202-FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| ROBERTO VALENZUELA-SARMIENTO, | |
| Defendant. | Date: June 23, 2008<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed between defendant, ROBERTO VALENZUELA-SARMIENTO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for June 23, 2008 may be continued to August 11, 2008 at 10:00 a.m.

The pre-plea PSR has been received and reviewed with Mr. Valenzuela-Sarmiento, but additional time is needed to obtain court records necessary to the defense of the case and to continue factual investigation. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through August 11, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and

1  (B)(iv)(Local Code T4).

2                                    Respectfully Submitted,

3                                    DANIEL J. BRODERICK
                                     Federal Defender
4

5  Dated:   June 18, 2008            /s/ T. Zindel
                                     TIMOTHY ZINDEL
6                                    Assistant Federal Defender
                                     Attorney for Defendant
7                                    ROBERTO VALENZUELA-SARMIENTO

8

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11 Dated:   June 18, 2008            /s/  T. Zindel for D. McConkie
                                     DANIEL S. MCCONKIE
12                                   Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to August 11, 2008 at

16 10:00 a.m.  The court finds that a continuance is necessary for the

17 reasons stated above and further finds that the ends of justice served

18 by granting a continuance outweigh the best interests of the public and

19 the defendant in a speedy trial.  Time is therefore excluded from the

20 date of this order through August 11, 2008, pursuant to 18 U.S.C. §

21 3161(h)(8)(A) and (B)(iv).

22      IT IS SO ORDERED.

23 Dated:   June 18, 2008

24                                   _____
                                     FRANK C. DAMRELL, JR.
25                                   UNITED STATES DISTRICT JUDGE

26

27

28

Stip & Order/Valenzuela-Sarmiento      -2-