1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

   Attorney for Defendant
   ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-00202 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ROBERTO VALENZUELA-SARMIENTO, | ) | |
| | ) | |
| Defendant. | ) | Date: August 11, 2008 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed between defendant, ROBERTO VALENZUELA-SARMIENTO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for August 11, 2008 may be continued to September 22, 2008 at 10:00 a.m.

Defense seeks additional time to investigate; specifically, recently-reviewed court records have led the defense to request transcripts of proceedings in Santa Clara County that may bear on Mr. Valenzuela's guilt of the pending charge. The parties agree that time under the Speedy Trial Act should be excluded from the date of this

1  order through September 22, 2008, pursuant to Title 18, United States
2  Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  August 7, 2008              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERTO VALENZUELA-SARMIENTO


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  August 7, 2008              /s/  T. Zindel for D. McConkie
                                    DANIEL S. MCCONKIE
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 22, 2008 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  August 7, 2008
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order/Valenzuela-Sarmiento        -2-