1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  ROBERTO VALENZUELA-SARMIENTO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:08-CR-00202 FCD
                                   )
14             Plaintiff,          )
                                   ) **STIPULATION AND ORDER**
15      v.                         ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16 ROBERTO VALENZUELA-SARMIENTO,   )
                                   )
17             Defendant.          ) Date:  September 22, 2008
                                   ) Time:  10:00 a.m.
18 _____ ) Judge: Frank C. Damrell, Jr.

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, ROBERTO

21 VALENZUELA-SARMIENTO, and plaintiff, United States of America, by and

22 through their attorneys, that the status conference scheduled for

23 September 22, 2008 may be continued to October 6, 2008 at 10:00 a.m.

24     Defense seeks additional time to investigate; specifically,

25 recently-reviewed court records have led the defense to request

26 transcripts of proceedings in Santa Clara County that may bear on Mr.

27 Valenzuela's guilt of the pending charge.  The parties agree that time

28 under the Speedy Trial Act should be excluded from the date of this

order through October 6, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 18, 2008        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROBERTO VALENZUELA-SARMIENTO


McGREGOR W. SCOTT
United States Attorney

Dated: September 18, 2008        /s/  T. Zindel for D. McConkie
                                 DANIEL S. MCCONKIE
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 6, 2008 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 6, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE