DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0202 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ROBERTO VALENZUELA-SARMIENTO, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 6, 2008 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between defendant, ROBERTO VALENZUELA-SARMIENTO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for October 6, 2008 may be continued to October 27, 2008 at 10:00 a.m.

   Although defense counsel has received a portion of the necessary court records he earlier requested, he is awaiting preparation of a change-of-plea transcript concerning the prior offense that is alleged to be a felony.  The state court reporter has advised defense counsel that she needs additional time to prepare the transcript.  The parties

1 agree that time under the Speedy Trial Act should be excluded from the
2 date of this order through October 27, 2008, pursuant to Title 18,
3 United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

4                              Respectfully Submitted,

5                              DANIEL J. BRODERICK
                               Federal Defender
6

7 Dated: September 30, 2008    /s/ T. Zindel
                               TIMOTHY ZINDEL
8                              Assistant Federal Defender
                               Attorney for Defendant
9                              ROBERTO VALENZUELA-SARMIENTO

10

11                             McGREGOR W. SCOTT
                               United States Attorney
12

13 Dated: September 30, 2008   /s/  T. Zindel for D. McConkie
                               DANIEL S. MCCONKIE
14                             Assistant U.S. Attorney

15

16                              **O R D E R**

17    The status conference is continued to October 27, 2008 at
18 10:00 a.m.  The court finds that a continuance is necessary for the
19 reasons stated above and further finds that the ends of justice served
20 by granting a continuance outweigh the best interests of the public and
21 the defendant in a speedy trial.  Time is therefore excluded from the
22 date of this order through October 27, 2008, pursuant to 18 U.S.C. §
23 3161(h)(8)(A) and (B)(iv).

24

25    IT IS SO ORDERED.
26 Dated: October 1, 2008
27
                               FRANK C. DAMRELL, JR.
28                             United States District Judge

Stip & Order/Valenzuela-Sarmiento    -2-