DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00202 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERTO VALENZUELA-SARMIENTO, | ) |
| | ) Date: November 10, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Roberto Valenzuela-Sarmiento, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 10, 2008, may be continued to November 17, 2008 at 10:00 a.m.

Government counsel has asked for an additional week to consider a time-credit issue defense counsel raised in connection with the proposed plea agreement. So that this issue may be resolved before the case is resolved or trial scheduled, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November

17, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 6, 2008        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERTO VALENZUELA-SARMIENTO

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: November 6, 2008        /s/  T. Zindel for D. McConkie
                                        DANIEL S. MCCONKIE
                                        Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to November 17, 2008, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 17, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 6, 2008                                     
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE