DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>ROBERTO VALENZUELA-SARMIENTO,    )<br>                                 )<br>            Defendant.           )<br>_____)  | No. 2:08-CR-00202 FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  November 17, 2008<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Roberto Valenzuela-Sarmiento, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 17, 2008, may be continued to December 1, 2008 at 10:00 a.m.

Defense counsel needs an additional two weeks to meet and confer with Mr. Valenzuela-Sarmiento as to the plea agreement. So that this issue may be resolved before the case is resolved or trial scheduled, the parties agree that time under the Speedy Trial Act should be excluded

///

from the date of this order through December 1, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 13, 2008      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
ROBERTO VALENZUELA-SARMIENTO

McGREGOR W. SCOTT
United States Attorney

Dated: November 13, 2008      /s/  T. Zindel for D. McConkie
DANIEL S. MCCONKIE
Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to December 1, 2008, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 1, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 13, 2008      _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE