```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERTO VALENZUELA-SARMIENTO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00202 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERTO VALENZUELA-SARMIENTO, | ) |
|  | ) Date: December 1, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Roberto Valenzuela-Sarmiento, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for December 1, 2008, may be continued to January 6, 2009 at 10:00 a.m.

This continuance is being requested by defense counsel to allow Valenzuela-Sarmiento to meet and confer with other counsel. So that this issue may be resolved before the case is scheduled for trial, the parties agree that time under the Speedy Trial Act should be excluded from the

1  date of this order through January 6, 2009, pursuant to Title 18, United
2  States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                       Respectfully Submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6  Dated: November 25, 2008             /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       ROBERTO VALENZUELA-SARMIENTO

9

10                                      McGREGOR W. SCOTT
                                        United States Attorney
11

12 Dated: November 25, 2008             /s/  T. Zindel for D. McConkie
                                        DANIEL S. MCCONKIE
13                                      Assistant U.S. Attorney

14

15                                  **O R D E R**

16     The status conference is continued to January 6, 2009, at 10:00 a.m.
17 The court finds that a continuance is necessary for the reasons stated
18 above and further finds that the ends of justice served by granting a
19 continuance outweigh the best interests of the public and the defendant
20 in a speedy trial.  Time is therefore excluded from the date of this
21 order through January 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
22 (B)(iv).

23     IT IS SO ORDERED.

24

25 Dated: November 26, 2008             _____
                                        HON. FRANK C. DAMRELL, JR.
26                                      United States District Judge

27

28

Stip & Order/Valenzuela-Sarmiento       -2-